# Exhibit 2

| US6934714 | MEGA Cloud Storage ("The accused instrumentality") |
|---|---|
| 9. A method in a computer system for indicating a family relationship among a plurality of data records in a data repository to a designated record, each record having a plurality of data fields with values, comprising:<br><br>*Col 5: Lines 7-9*<br><br>*"The data records might contain fields such as names, aliases, nationality, drivers license no., eye color, crime statistics, blood type, genetic information, etc."* | The accused instrumentality discloses a method in a computer system (e.g., laptop, PC, enabled with the accused instrumentality, etc.) for indicating a family relationship (e.g., hierarchical relationship between files and folders) among a plurality of data records (e.g., a plurality of files and folders) in a data repository (e.g., MEGA's cloud storage) to a designated record (e.g., a particular file or folder), each record (e.g., each file or folder) having a plurality of data fields (e.g., data fields inside the file such as title, heading, name, etc.) with values (e.g., content regarding the data field).<br><br>As shown, MEGA provide cloud storage to store data such as files/folders in the cloud. MEGA app or web browser interface can be used to create new folders and upload folder and files within the folders. The folders and files are linked to each other indicating a family relationship among plurality of files and folders. Each file includes plurality of data fields such as title, heading, name, etc. having content regarding the data field. |

**CLOUD STORAGE**

# Securely store, manage, and share your data online

We use the highest level of online security – zero-knowledge encryption – to ensure your data is protected online.

**Sign up for 20 GB free storage**

http://web.archive.org/web/20230804085543/https://mega.io/storage

Cloud storage is a secure online space where you can safely store your data. It's an addition to just storing your data on your computer or external drives. MEGA manages and operates data storage as a service.

https://mega.io/storage

# Fast downloads and uploads

Our powerful transfer manager, available in our desktop app, lets you upload and download files to and from MEGA at super fast speeds. We recently updated it to be even faster and give you more control over your transfers.

https://mega.io/storage



## Upload large files

With MEGA's unlimited file size, no file is ever too big.



## Store any type of file or folder

From small photos to large projects, you can store any file type safely with us.

https://mega.io/storage

# How do I add files and folders to my MEGA account?

Updated on 16 March 2026

   

It's very easy to add new files and folders to your MEGA Cloud drive. You can upload new files with any of our apps or in the browser, or you can import files from shared folders, folder links or file links.

## In a desktop web browser

Click on the **Create folder** or **Upload** button at the top right of the Cloud drive. You can also drag and drop files or folders directly into your browser window.

https://help.mega.io/files-folders/view-move/add-files-and-folders

## In the desktop app

- You can upload files and folders manually to MEGA by right-clicking on the file or folder in your file manager and selecting **Upload to MEGA**.

- You can also upload by clicking the blue **Upload** button on the main screen, by clicking **Upload** in the main menu, or by clicking **Upload** in the menu when you right-click the **M** icon.

## In the iOS app

1. Tap **Drive** on the bottom navigation bar.

2. Tap the **+** button at the top right.

- To create a new folder, tap **New Folder**.

- To upload one or multiple new files, tap either **Choose from Photos** or **Import from Files**.

https://help.mega.io/files-folders/view-move/add-files-and-folders



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

| automatically determining a set of data records from the plurality of data records that relate directly to the designated record and data records that relate indirectly to the | The accused instrumentality discloses automatically determining a set of data records (e.g., set of files/folders) from the plurality of data records (e.g., a plurality of files, folder, etc.)  that relate directly to the designated record (e.g., a particular file or folder) and data records (e.g., set of files/folders) that relate indirectly to the designated record (e.g., a particular file or folder) .<br><br>As shown, MEGA provide cloud storage to store data such as files/folders in the cloud. MEGA app or web browser interface can be used to create new folders and upload folder and files within the folders. The accused instrumentality automatically determines a set of files/folders located in a common folder that relate directly to each other and the folder in which they are located and a set of files/folders located in different folders that relate indirectly to each other |

| | |
|---|---|
| designated record; and | and the folder in which they are located.<br><br>Cloud storage is a secure online space where you can safely store your data. It's an addition to just storing your data on your computer or external drives. MEGA manages and operates data storage as a service.<br><br>https://mega.io/storage<br><br>**Fast downloads and uploads**<br><br>Our powerful transfer manager, available in our desktop app, lets you upload and download files to and from MEGA at super fast speeds. We recently updated it to be even faster and give you more control over your transfers.<br><br>https://mega.io/storage |



### Upload large files

With MEGA's unlimited file size, no file is ever too big.



### Store any type of file or folder

From small photos to large projects, you can store any file type safely with us.

https://mega.io/storage

# How do I add files and folders to my MEGA account?

Updated on 16 March 2026

   

It's very easy to add new files and folders to your MEGA Cloud drive. You can upload new files with any of our apps or in the browser, or you can import files from shared folders, folder links or file links.

## In a desktop web browser

Click on the **Create folder** or **Upload** button at the top right of the Cloud drive. You can also drag and drop files or folders directly into your browser window.

https://help.mega.io/files-folders/view-move/add-files-and-folders

# In the desktop app

- You can upload files and folders manually to MEGA by right-clicking on the file or folder in your file manager and selecting **Upload to MEGA**.

- You can also upload by clicking the blue **Upload** button on the main screen, by clicking **Upload** in the main menu, or by clicking **Upload** in the menu when you right-click the **M** icon.

# In the iOS app

1. Tap **Drive** on the bottom navigation bar.

2. Tap the **+** button at the top right.

- To create a new folder, tap **New Folder**.

- To upload one or multiple new files, tap either **Choose from Photos** or **Import from Files**.

https://help.mega.io/files-folders/view-move/add-files-and-folders



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

| adding the designated record to the determined set when it is automatically determined that | The accused instrumentality discloses adding (e.g., uploading and storing) the designated record (e.g., a particular file or folder) to the determined set (e.g., set of files/folders) when it is automatically determined that the designated record (e.g., a particular file or folder) is not a duplicate of a data record (e.g., file or folder) in the determined set (e.g., set of files/folders). |
| --- | --- |
| | As shown, the accused instrumentality performs both account-level and global deduplication |

| | |
|---|---|
| the designated record is not a duplicate of a data record in the determined set; and<br><br>_Col 6: Lines 29-33_<br><br>_"a record is a duplicate is based upon what fields are being used in the comparison and whether those fields need to completely match (as in string identity); partially match (as in a subset string match); sound alike, look similar, etc."_<br><br><br>_Col 8: Lines 8-13_<br><br>_"The auto de-duplication engine_ **510** _is invoked to set up_ | when uploading files/folders to the cloud. It automatically identifies duplicate files with the same content. When a user attempts to upload the same file or folder again, the system recognizes it as a duplicate and stores only one copy of the file i.e., it uploads and stores only the file/folder identified as non-duplicate.<br><br>## How does MEGA handle deduplication?<br><br>Updated on 24 March 2025<br><br>   <br><br>## Account-level deduplication<br><br>Have you ever noticed that when you upload a file that is already in your account, the upload completes really fast. However, uploading a file that you know a friend of yours has in their account takes a long time. Why is that?<br><br>Whenever you start a file upload, the MEGA software checks if you already have an identical file in your account. In that case, it simply creates the new file on the server side by using the existing file's encryption key and encrypted data, without uploading it again. This is very fast.<br><br>https://help.mega.io/security/data-protection/deduplication |

| | |
|---|---|
| *and/or maintain the data records whenever a new data record is to be added. Typically, records are added in bulk, such as during an "import" process, or one at a time, either manually, or indirectly from, for example, other code"*<br><br>*Col 14: Lines 44-48*<br><br>*"an automatic de-duplication/consolidation process is performed to determine whether the designated record should be deleted as a "real" duplicate, consolidated (merged) with another record, or left alone"* | **Global deduplication**<br><br>MEGA also deduplicates files that different users store. However, this deduplication is based on the **encrypted** file data.<br><br>https://help.mega.io/security/data-protection/deduplication |



*Source: Usage of the accused instrumentality.*

| automatically associating with each record of the | The accused instrumentality discloses automatically associating with each record (e.g., file/folder) of the determined set (e.g., set of files/folders) an indication of membership (e.g., file location/path) in at least one family relationship (e.g., hierarchical relationship between files |

| | |
|---|---|
| determined set an indication of membership in at least one family relationship. | and folders).<br><br>As shown, MEGA provide cloud storage to store data such as files/folders in the cloud. MEGA app or web browser interface can be used to create new folders and upload folder and files within the folders. The folders and files are linked to each other indicating a family relationship among plurality of files and folders. Each folder and file include information related to it such as file location or path that indicates membership in a family relationship.<br><br>Cloud storage is a secure online space where you can safely store your data. It's an addition to just storing your data on your computer or external drives. MEGA manages and operates data storage as a service.<br><br>https://mega.io/storage<br><br>**Fast downloads and uploads**<br><br>Our powerful transfer manager, available in our desktop app, lets you upload and download files to and from MEGA at super fast speeds. We recently updated it to be even faster and give you more control over your transfers.<br><br>https://mega.io/storage |



## Upload large files

With MEGA's unlimited file size, no file is ever too big.



## Store any type of file or folder

From small photos to large projects, you can store any file type safely with us.

https://mega.io/storage

# How do I add files and folders to my MEGA account?

Updated on 16 March 2026

   

It's very easy to add new files and folders to your MEGA Cloud drive. You can upload new files with any of our apps or in the browser, or you can import files from shared folders, folder links or file links.

## In a desktop web browser

Click on the **Create folder** or **Upload** button at the top right of the Cloud drive. You can also drag and drop files or folders directly into your browser window.

https://help.mega.io/files-folders/view-move/add-files-and-folders

# In the desktop app

- You can upload files and folders manually to MEGA by right-clicking on the file or folder in your file manager and selecting **Upload to MEGA**.

- You can also upload by clicking the blue **Upload** button on the main screen, by clicking **Upload** in the main menu, or by clicking **Upload** in the menu when you right-click the **M** icon.

# In the iOS app

1. Tap **Drive** on the bottom navigation bar.

2. Tap the **+** button at the top right.

- To create a new folder, tap **New Folder**.

- To upload one or multiple new files, tap either **Choose from Photos** or **Import from Files**.

https://help.mega.io/files-folders/view-move/add-files-and-folders



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*